**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 375 EAL 2021
             : 
        Respondent         : 
             :   Petition for Allowance of Appeal
             :   from the Order of the Superior Court
        v.               : 
             : 
             : 
JOEL BEVANS,              : 
             : 
        Petitioner          : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.